FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BENJAMIN E. STUTZKE,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE,<br><br>           Defendant. | 2:19-CV-00293-SAB<br><br>2:19-CV-00245-SAB<br><br>**ORDER CONSOLIDATING CASE NUMBERS 2:19-CV-00245-SAB AND 2:19-CV-00293-SAB** |

      On July 16, 2019, without paying the filing fee or seeking leave to proceed *in forma pauperis,* Plaintiff filed an initial complaint in case number 2:19-CV-00245-SAB. On August 6, 2019, he filed an amended complaint and *in forma pauperis* documents. *Id.,* ECF Nos. 4, 5 & 6. On August 14, 2019, he filed another unsigned amended complaint and additional *in forma pauperis* documents. *Id.,* ECF Nos. 11, 8, 9, & 10.

      On August 28, 2019, Mr. Stutzke filed substantially the same complaint, seeking $4,805,000 in monetary damages, and paid the full $400 fee ($350 filing fee plus $50 administrative fee). Due to administrative error, a new action, 2:19-CV-00293-SAB, was opened.

      Because the new case number was opened in error, **IT IS ORDERED** this action shall be consolidated with 2:19-CV-00245, with the complaint in this case,

ORDER CONSOLIDATING CASE NUMBERS -- 1

ECF No. 1, filed as an amended complaint in 2:19-CV-00245, and the filing fee paid in this case applied to 2:19-CV-00245.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Clerk of Court shall **CONSOLIDATE** 2:19-cv-00293-SAB, with 2:19-CV-00245-SAB and **FILE,** *nunc pro tunc*, the complaint filed in 2:19-CV-00293-SAB, ECF No. 1, as an amended complaint in 2:19-CV-00245-SAB.

2. The Clerk of Court shall apply the filing fee paid in 2:19-CV-00293-SAB to 2:19-CV-00245-SAB and provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington, to accomplish this task.

3. As Plaintiff's subsequent filings, ECF Nos. 3 & 4, have already been filed in 2:19-CV-00245, ECF Nos. 12 & 13, it is not necessary to re-file them.

4. The Clerk of Court shall **FILE** copies of this Order in 2:19-CV-00293-SAB and in 2:19-CV-00245, and **ADMINISTRATIVELY CLOSE** 2:19-CV-00293-SAB.

5. Plaintiff shall file no further documents in 2:19-CV-00293-SAB.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to Plaintiff.

**DATED** this 8th day of October 2019.



Stanley A. Bastian
United States District Judge

ORDER CONSOLIDATING CASE NUMBERS -- 2